No. 84–244. FLORIDA *v.* NEASE, AKA COLWELL. Dist. Ct. App. Fla., 4th Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Florida* v. *Rodriguez*, 469 U. S. 1 (1984).

No. — – ——. LYNN *v.* ILLINOIS. Motion to direct the Clerk to file a petition for writ of certiorari without the affidavit of indigency executed by petitioner denied.

No. A–695. DRAPE *v.* UNITED STATES. C. A. 8th Cir. Application to recall and stay pending timely filing of a petition for writ of certiorari, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–452. IN RE DISBARMENT OF SHANKMAN. Disbarment entered. [For earlier order herein, see 469 U. S. 808.]

No. D–454. IN RE DISBARMENT OF WEST. Disbarment entered. [For earlier order herein, see 469 U. S. 808.]